UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
  MICHAEL RAY MABE                                      CASE NO. 20-10609
  SABRINA VIRGINIA MABE                           JUDGE BENJAMIN A. KAHN
  521 BRUSHY MOUNTAIN ROAD
  STONEVILLE, NC  27048

        DEBTORS

SSN(1) XXX-XX-4934     SSN(2) XXX-XX-9793          DATE: 04/29/2021

REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BANK OF AMERICA NA<br>P O BOX 15102<br>WILMINGTON, DE  19886-5102 | $10,822.99<br>INT:  .00%<br>NAME ID: 173370<br>CLAIM #:  0009 | (X) SPECIAL-UNSECURED<br><br>ACCT: 5884<br>COMMENT:  CLASS B,421OR |
| BB&T NOW TRUIST<br>P O BOX 1847<br>100-50-01-51<br>WILSON, NC  27894 | $5,187.78<br>INT:  .00%<br>NAME ID: 182227<br>CLAIM #:  0010 | (X) SPECIAL-UNSECURED<br><br>ACCT: 3495<br>COMMENT:  CLASS C,421OR |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $10,027.47<br>INT:  .00%<br>NAME ID: 181492<br>CLAIM #:  0012 | (X) SPECIAL-UNSECURED<br><br>ACCT: 1418<br>COMMENT:  CLASS C,421OR |
| CLARK COUNTY TREASURER<br>500 S GRAND CENTRAL PKWY<br>LAS VEGAS, NV  89155 | $0.00<br>INT:  .00%<br>NAME ID: 182801<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| COASTAL FEDERAL CREDIT UNION<br>1000 ST ALBANS DR<br>RALEIGH, NC  27609 | $20,677.50<br>INT:  5.25%<br>NAME ID: 127811<br>CLAIM #:  0006 | (V) VEHICLE-SECURED<br><br>ACCT: 8729<br>COMMENT: 19JEEP,121A |
| COASTAL FEDERAL CREDIT UNION<br>1000 ST ALBANS DR<br>RALEIGH, NC  27609 | $14,305.60<br>INT:  .00%<br>NAME ID: 127811<br>CLAIM #:  0008 | (X) SPECIAL-UNSECURED<br><br>ACCT: 8729<br>COMMENT:  SPLIT,CLASS A/B/C,421OR |
| DR KARL TALTS<br>142 S MAIN ST<br>DANVILLE, VA  24541 | $0.00<br>INT:  .00%<br>NAME ID: 178876<br>CLAIM #:  0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FARM BUREAU BANK<br>P O BOX 33427<br>SAN ANTONIO, TX  78265 | $13,703.93<br>INT:  .00%<br>NAME ID: 169562<br>CLAIM #:  0015 | (X) SPECIAL-UNSECURED<br><br>ACCT: 6479<br>COMMENT:  CLASS C,421OR |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST STOP CODE 3129<br>OMAHA, NE  68197 | $7,192.09<br>INT: .00%<br>NAME ID: 180353<br>CLAIM #: 0016 | (X) SPECIAL-UNSECURED<br><br>ACCT: 9232<br>COMMENT:  CLASS B,421OR |
| GREENSBORO RADIOLOGY<br>1331 N ELM ST STE 200<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 149128<br>CLAIM #: 0017 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GREENSBORO RADIOLOGY<br>1331 N ELM ST STE 200<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 149128<br>CLAIM #: 0018 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 4934<br>COMMENT: |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $3,561.63<br>INT: .00%<br>NAME ID: 177188<br>CLAIM #: 0013 | (X) SPECIAL-UNSECURED<br><br>ACCT: 8085<br>COMMENT:  AMAZON,CLASS C,421OR |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 4934<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $9,227.57<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0011 | (X) SPECIAL-UNSECURED<br><br>ACCT: 5825<br>COMMENT:  CLASS B,421OR |
| ROCKINGHAM CO REGISTER OF DEEDS<br>170 NC 65 SUITE 150<br>REIDSVILLE, NC  27320 | $52.00<br>INT: .00%<br>NAME ID: 174473<br>CLAIM #: 0021 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ROCKINGHAM COUNTY TAX<br>P O BOX 68<br>WENTWORTH, NC  27375-0068 | $0.00<br>INT: .00%<br>NAME ID: 877<br>CLAIM #: 0004 | (S) SECURED<br>DIRECT PAY<br>ACCT: 9832<br>COMMENT:  121OR,DIR |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $2,998.00<br>INT: .00%<br>NAME ID: 161980<br>CLAIM #: 0019 | (X) SPECIAL-UNSECURED<br><br>ACCT: 6971<br>COMMENT:  PAYPAL,CLASS C,421OR |
| VALINDA WRAY<br>1825 AYERSVILLE RD<br>MAYODAN, NC  27027 | $0.00<br>INT: .00%<br>NAME ID: 182802<br>CLAIM #: 0020 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| WELLS FARGO BANK NA<br>ATTN PAYMENT PROCESSING<br>MAC F2302-04C<br>1 HOME CAMPUS<br>DES MOINES, IA  50328 | $0.00<br>INT: .00%<br>NAME ID: 171334<br>CLAIM #: 0005 | (S) SECURED<br>DIRECT PAY<br>ACCT: 0708<br>COMMENT:  DT RERP DIR,820A |

PAGE 3  -  CHAPTER 13 CASE NO. 20-10609

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| WESTGATE RESORTS<br>2801 OLD WINTER GARDEN RD<br>OCOEE, FL  34761 | $0.00<br>INT: .00%<br>NAME ID: 63083<br>CLAIM #:  0007 | (S) SECURED<br>NOT FILED<br>ACCT:  3046<br>COMMENT:  OC |
| **TOTAL:** | **$97,756.56** | |
| BRANDI L RICHARDSON ESQ<br>LAW OFFICE OF CATHY R STROUPE PA<br>P O BOX 840<br>REIDSVILLE, NC  27323 | $5,000.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  04/29/2021                                    OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtors
    Attorney for Debtors - Electronic Notice